# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MICHAEL ARNOLD, ET AL

VERSUS

USAGENCIES CASUALTY INSURANCE COMPANY,
INC., ET AL.

CONSOLIDATED WITH

MARK KENTRELL CHEATHAM, SR., AS SURVIVING
PARENT OF DESTINY ANN-MARIE CHEATHAM,
DECEASED, AS SURVIVING PARENT OF MARKUS
KENDELL CHEATHAM, DECEASED, AND ON BEHALF
OF HIS SURVIVING MINOR CHILDREN, MARK
KENTRELL CHEATHAM, JR., MARKEYERA KEYSHE
CHEATHAM, AND DE'ANNA LASHAY CHEATHAM;
ANGELA CAMPBELL DANIEL, INDIVIDUALLY AND
AS SURVIVING PARENT OF DEWAYNE ESCORT,
DECEASED; AND JANAR QUINTELL SCOTT, ON
BEHALF OF HIS MINOR CHILD, LANDON JANAR
SCOTT

VERSUS

MICHELIN NORTH AMERICA, INC.; MICHELIN
SIAM CO., LTD.; COMPAGNE GENERALE DIS
ETABLISSEMENTS MICHELIN; KIA MOTORS
CORPORATION; KIA MOTORS AMERICA, INC.;
AMY A. DORE, AND THE STATE OF LOUISIANA,
DEPARTMENT OF TRANSPORTATION AND
DEVELOPMENT

CONSOLIDATED WITH

AMY DORE

VERSUS

KIA MOTORS CORPORATION, ET AL.

CONSOLIDATED WITH

LANCE DEWAYNE ESCORT, INDIVIDUALLY AND AS
SURVIVING PARENT OF HIS MINOR CHILD,
DEWAYNE ESCORT

VERSUS

MICHELIN NORTH AMERICA, INC., MICHELIN
SIAM CO., LTD., COMPAGNIE GENERALE DES
ETABLISSEMENTS MICHELIN, KIA MOTORS
CORPORATION, KIA MOTORS AMERICA, INC.,
BARKER AUTO GROUP, INC., AMY A. DORE, AND
THE STATE OF LOUISIANA, DEPARTMENT OF
TRANSPORTATION AND DEVELOPMENT

# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

**MAY 29, 2020**

---

In Re:    Michelin Siam Company, Ltd., applying for supervisory writs, 16th Judicial District Court, Parish of St. Mary, No. 127758 c/w 128050 c/w 128066 c/w 128085.

---

**BEFORE:    HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT DISMISSED.**    This writ application is dismissed pursuant to relator's motion advising that all claims against it have been compromised and requesting that this writ application be dismissed.

                        **TMH**
                        **AHP**
                        **WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT